### Anonymous.

Where an attorney sues out a writ of error, without the authority of the parties named as plaintiffs in the writ, the process will be dismissed at his costs.

*Per Curiam.* This was a motion to dismiss the writ of error, founded upon the affidavits of the plaintiffs in error, setting forth that the process had been issued without their sanction or direction. The motion will be allowed, and the writ dismissed, at the cost of the attorney who sued out the process.